```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611148747
Cashier ID: almaceh
Transaction Date: 04/30/2020
Payer Name: james critchfield
----------------------------------------
CIVIL FILING FEE
  For: james critchfield
  Case/Party: D-CAN-3-20-CV-002981-001
  Amount:        $400.00
----------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 19-97066967
  Amt Tendered: $400.00
----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

JS-CAND 44 (Rev. 07/19)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
James Critchfield

**DEFENDANTS**
Preston Pipelines - Mike Preston
Ron Bianchini - Rich Lewis - Dennis Daikoku
Tom Ryan

**(b) County of Residence of First Listed Plaintiff** *(EXCEPT IN U.S. PLAINTIFF CASES)*
Santa Clara County

**County of Residence of First Listed Defendant** *(IN U.S. PLAINTIFF CASES ONLY)*
Santa Clara County

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*

**Attorneys** *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent–Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 470 Racketeer Influenced & Corrupt Organizations |
| | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 480 Consumer Credit |
| 160 Stockholders' Suits | 360 Other Personal Injury | 385 Property Damage Product Liability | | 862 Black Lung (923) | 485 Telephone Consumer Protection Act |
| 190 Other Contract | 362 Personal Injury -Medical Malpractice | | **IMMIGRATION** | 863 DIWC/DIWW (405(g)) | 490 Cable/Sat TV |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 462 Naturalization Application | 864 SSID Title XVI | 850 Securities/Commodities/ Exchange |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | 465 Other Immigration Actions | 865 RSI (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 891 Agricultural Acts |
| 210 Land Condemnation | ☒ 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 893 Environmental Matters |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | 896 Arbitration |
| 240 Torts to Land | 446 Amer. w/Disabilities–Other | **OTHER** | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 448 Education | 540 Mandamus & Other | | | |
| 290 All Other Real Property | | 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from Another District *(specify)*
- 6 Multidistrict Litigation–Transfer
- 8 Multidistrict Litigation–Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Employment and Harassment
Brief description of cause:
Was Fired for Complaining about the Abuse from my superiors

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.
DEMAND $ 5 million dollars US
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  No

**VIII. RELATED CASE(S), IF ANY** *(See instructions)*:
JUDGE
DOCKET NUMBER

**IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)**
*(Place an "X" in One Box Only)*
SAN FRANCISCO/OAKLAND   ☒ SAN JOSE   EUREKA-MCKINLEYVILLE

DATE 4-29-2020

SIGNATURE OF ~~ATTORNEY~~ OF RECORD   myself



FILED
APR 30 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Critchfield
  Plaintiff,

vs.

Preston Pipelines Inc.,
Mike Preston - Ron Bianchini
Rich Lewis - Dennis Daikoku
Tom Ryan
  Defendant(s).

CASE NO. CV 20 2981

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:
   Address 5921 Liska Ln. Apt. 208
   City, State & Zip Code San Jose, CA, 95119
   Phone 408-375-2061

2. Defendant is located at:
   Address 133 Bothelo Ave.
   City, State & Zip Code Milpitas, CA, 95035

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. ___ Failure to employ me.

   b. _X_ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                - 1 -

1  c. X  Failure to promote me.
2  d. X  Other acts as specified below.
3  Attached is a copy of my rebuttal to my complaint.
4  the EEOC (case # 555-2020-00413) has failed to
5  provide me with all documents and exibits in this case
6  so perhaps you could ask them.
7  Labor Board case # RCI-CM-772472
8
9  5.  Defendant's conduct is discriminatory with respect to the following:
10  a. __ My race or color.
11  b. __ My religion.
12  c. __ My sex.
13  d. __ My national origin.
14  e. X  Other as specified below.
15
16  6.  The basic facts surrounding my claim of discrimination are:
17  was passed over for many promotions or lateral
18  moves because they would use it to harrase me.
19
20
21
22
23
24
25  7.  The alleged discrimination occurred on or about _shooting Oct 2014 end Oct. 2019_.
26                                                       (DATE)
27  8.  I filed charges with the Federal Equal Employment Opportunity Commission (or the
28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

1  discriminatory conduct on or about __12-16-2020__.
2                                    (DATE)
3  9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about __2-6-2020__
   EEOC was never sent me a copy as per numerous Request
5                                    (DATE)
6  10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7       Yes _X_   No ___
8  11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.

DATED: __4-29-2020__           _[signature]_
                               SIGNATURE OF PLAINTIFF

                               James Critchfield
(PLEASE NOTE: NOTARIZATION     _____
IS NOT REQUIRED.)              PLAINTIFF'S NAME
                               (Printed or Typed)

Form-Intake 2 (Rev. 4/13)             - 3 -

James Critchfield
5921 Liska Ln. Apt 208
San Jose, CA, 95119

Chambers

In addition to the other papers I would or will like to try and give a list of persons who can be called upon to discredit or varify Prestons charges against me.

Rich Furgolia - manager when I started he was run out for reasons unknown.
Brian Rodriquez - Asst. shop forman when I started left company after 15 years because the company dismissed his complaints about Tom Ryans abuse
Gabrial Escobar - Parts counter when I started left because the company allowed Tom Ryan to harrass him.
I have many more I can will produce if the case requires me to.
There are apprx. 23 more people who can attest that Tom Ryan has yelled at them and the company did nothing or out right — fired them for complaining such as myself.

Signed  4-29-2020
James Critchfield

**LEONIDOU & ROSIN**
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

777 CUESTA DRIVE
SUITE 200
MOUNTAIN VIEW, CA 94040

(650) 691-2888
—————
FACSIMILE (650) 691-2889

January 17, 2020

*Via Online Submission*
Rosa Salazar ▮▮▮▮▮▮▮▮▮▮▮▮▮
U.S. Equal Employment Opportunity Commission
San Jose Local Office
96 North Third Street, Suite 250
San Jose, CA 95112

Re:   **RESPONSE TO CHARGE OF DISCRIMINATION**
      **JAMES CRITCHFIELD – EEOC CHARGE NO: 555-2020-00413**

Dear Director Salazar:

This firm represents Preston Pipelines, Inc. ("PPI"). The purpose of this letter is to present the following Position Statement in response to Mr. Critchfield's Charge of Discrimination, filed on December 12, 2019:

**Background Information on Preston Pipelines, Inc.**

Preston Pipelines, Inc., a California Corporation
133 Bothelo Avenue, Milpitas, California, 95035

As of December 31, 2019, PPI had a total of 528 employees.

PPI does not current have a contract for the provision of goods, services, or public works with the State of California, nor does it receive federal funds.

PPI's last anti-harassment training was conducted by the undersigned on April 27, 2018.

**Background Information on James Critchfield**

James Critchfield was hired as a Shop Attendant, an entry level position, on July 21, 2014. He was 56 years old at the time he was hired. This fact was known to PPI management upon completion of Mr. Critchfield's Form I-9. Mr. Critchfield's redacted Form I-9 is attached hereto as **Exhibit A.**

Rosa Salazar, Director
EEOC
January 17, 2020
Page 2

(1)  Mr. Critchfield's performance at PPI was average at the outset of his employment; however, his performance regressed throughout his employment at PPI and he showed no ambition to improve. Mr. Critchfield also had numerous incidents with other co-workers during his employment. After several incidents had arisen, PPI strongly recommended that Mr. Critchfield attend anger management classes and it was understood through conversations with Mr. Critchfield that this was completed. Unfortunately, Mr. Critchfield's anger continued to be a problem.

### Reason for Termination

(2)  Mr. Critchfield's position as Shop Attendant was eliminated due to department restructuring. PPI now coordinates with suppliers to deliver directly to PPI. PPI also utilizes drivers of low bed trucks, vac Trucks, fuel trucks and 10 Wheelers who are already driving all over the Bay Area and Central Valley, to pick up items for PPI. All but one of PPI's driver employees are over the age of 40.

(3)  Mr. Critchfield's anger management issues were escalating in the workplace. In the months leading up to Mr. Critchfield's termination, he was repeatedly given verbal warnings regarding his temper and insubordination. On October 17, 2019, yet another incident occurred, wherein Mr. Critchfield was using profanities and insulting his co-workers. Attached hereto as **Exhibit B** are true and correct copies of the statements of Roghe Aguirre, Randy Ruble, Dennis Daikoku and Tom Ryan. The statements confirm that Mr. Critchfield was repeatedly warned about his attitude.

(4)  Mr. Critchfield's direct supervisor, Mr. Dennis Daikoku, age 58, and Mr. Tom Ryan, age 61, made the decision to terminate Mr. Critchfield and eliminate the position, citing that Mr. Critchfield's job duties could be absorbed by other employees, and that Mr. Critchfield's attitude was disruptive and unacceptable.

(5)  Notably, as evidenced by the statements attached as **Exhibit B**, during his termination, Mr. Critchfield verbally attacked HR representative Roghe Aguirre, saying things like "HR is a fucking joke" and Mr. Daikoku, saying words like "fuck" and "backstabber", and threatened Mr. Ruble, telling him to "watch your back." PPI takes verbal threats very seriously and does not tolerate this behavior in the workplace.

### Dispute of Facts Set Forth in Charge of Discrimination

(6)  *Discipline* – Absent from Mr. Critchfield's statement are his many interpersonal issues which triggered the need for his anger management course and continued through his termination. Contrary to Mr. Critchfield's assertion, he was given multiple warnings prior to his termination, as set forth above and in **Exhibit B**.



Rosa Salazar, Director
EEOC
January 17, 2020
Page 3

*Refer to* ②   ***Mr. Critchfield's Replacement*** – Mr. Critchfield has stated that Jose Contreras held his position and that he was not eliminated. This is not accurate. Jose Contreras is PPI's small tools mechanic and a pre-apprentice. PPI has supported him in entering the operating engineers apprentice program to become a mechanic. Further, PPI's drivers, all but one of whom are over the age of 40, not Mr. Contreras, have largely taken over Mr. Critchfield's job responsibilities.

⑦ **PPI Employee Hiring Practices**

While PPI does not consider or inquire about an applicant's age at any point in the hiring process, employee birthdates are required for I-9 Employment Eligibility Verification purposes. As such, and for the sole purpose of responding to Mr. Critchfield's Charge of Discrimination, PPI has compiled company-wide age data.

Over <u>half</u> of PPI's staff are over forty years old and <u>68</u> of its employees are fifty-five years of age and above. PPI employs <u>6</u> employees between the ages of 65-70. Attached as **Exhibit C** is a spreadsheet with employee numbers (names have been redacted), birthdate, age, and classification.

In sum, PPI has a strong commitment to hiring qualified employees of all ages, and Mr. Critchfield was no exception. Mr. Critchfield's attitude and temper had nothing to do with his age, but rather his inability to maintain calm and professional relationships on the job. It was for this reason that Mr. Critchfield's position was eliminated due to department restructuring.

The PPI Employee Handbook, which specifically prohibits discrimination on the basis of age, is attached as **Exhibit D**.

Should you have any follow up questions regarding the information provided, please do not hesitate to contact me.

Sincerely,
**LEONIDOU AND ROSIN**

/s/

CAITLIN E. KAUFMAN, ESQ.

Encls.
cc:   Client

① Chambers

1-23-2020    Rebuttal
James Critchfield
CASE ID# 555-2020-00413

SCANNED

① They say my performance was average at the onset. Why did never receive a bad review at that time. I have received an average of 2 dollars an hour raise every year. This is just another tool to harass me. If there is ~~numerous~~ numerous ~~incidents~~ incindents they never told me. All I have done is defend myself from Tom Ryans verbal abuse and managments failure to protect myself and coworkers from his daily yelling and ranting. Why they can say my anger without a professional diagnosis is just to harass and discredit me.

② They have always tried to cordinate pickups. Who is emptying trash - sweeping floors - recycle used oil & gas & diesel filters. Who is servicing the fuel island who is recycling aresol cans. If this was a restructuring, why wasn't I offered a position in the small tools area with Eddie Contreas. They hired another much younger person the same week they say there is restructuring. More discrimantion and

② 

SCANNED

chambers

harrasment. They have no problem lying to government agencies so this doesnt suprise me.

③ I have never been warned about outburst And I look forward to seeing these documents against me. All Dennis has ever said is to quit complaining about the harrasment of myself and co-workers. As far as the date in ~~question~~ question I was talking to myself because of the frustration of my management disciping my co-workers for talking and allowing other employees to waste 20 to 30 minutes an hour engaging in conversations.

④ And ⑤ If it was Dennis and Toms decision then they will answer for not protecting the work force from Toms repeated verbal abuse of my co-workers. Yes I did use profanity after I had been terminated. There HR is a joke and they did not finish the whole quote regarding Randy and I. I said "Watch your back because these people (ie: Preston Pipelines) will stab you in the back". To which he said "oh I know". They say they take threats

③

Chambers

And verbal abuse seriousley yet Dispatch Dean Piers and Manny Botkello have the right to call me and others a Fucker. But thats accepted by Preston Pipelines on Page 9 under bullet point 5 they say its wrong for them to retaliate for reporting harrasment but this is the what is happening right now and every year since I first told Donnis that Tom had yelled at me. Tom loved to degrade my person by telling me I wasn't his choice for Shop Attendant. When Ricky Trevino assaulted me they did nothing. When Tom Ryan assaults co-workers they do nothing. As far as others absorbing my duties, I highly doubt the Union or Preston wants there Mechanics doing menial task.

⑩ They allude to many interpersonal issues with my co-workers, I have not done anything but protect myself from other employees assaults assaults to my person, Absent from this report they sent is the fact that

SCANNED

Chambers

Mike Preston called a meeting to clear the air. The first thing he says is "I can fire you all", there by starting the harrasment from the top. In the same meeting Rich Lewis was allowed to yell at us that we have to accept whatever harrasment the company puts forth. In this meeting Mike also said we were free to speak up without reprisal. He lied. I brought up that at I didn't appreciate Tom talking down my co-workers and I did like being swore at by other co-workers. example - Ricky Trevino - Manny Bothello - Daan Piers - Eddie Fuentes who also threatend me with physical harm. Because I spoke out. The next day I was called in by Dennis and told they wanted to fire me. Also called reprimanded for telling about Tom talking down my co-workers. What qualifys them to make of a personality judgement. Are they certified to make such decisions. On completion of the course I asked Rogue for a copy of the evaluation. She never responded with it to set the

SCANNED

Chambers

stage for further harrasment and Discrimination

7) I don't know and I didn't say others my Age have been discriminated against only that I have.

When I started at Preston, Gabrial Escobar was the Parts Clerk. The Abuse he recieved forced him to leave. The Company then brought in Ricky Trevino, he was allowed to harrasse harras and swear at me. They then promoted someone in my department Hector U. he had no experience and they had to let him go. He did retain a job with Dispatch. Then they gave the job to Randy Ruble so he wooldn't go on disability to rehab a torn Rotaker Cuff injury. Small tools Area, also under Dennis watch has hired numerous people. All these people are younger than me. In short what they called Anger I call frustration at these managers abusing and discriminating against me.

In Conclusion I look forward to interviewing all persons whom they mention in this Brief.

I do need to say that the first time I told Dennis that Tom yelled at me I was further harrassed by him the next morning when he tells the whole at Flex & Stretch to not talk to me Because i get hurt feeling. These are the facts and they will be borne out upon further review by government Agencies.

signed and date 1-23-2020

James Critchfield