1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10             San Francisco Division

11

JAMES CRITCHFIELD,                                    Case No. 20-cv-02981-LB

12              Plaintiff,

13          v.                                    **ORDER GRANTING MOTION TO
                                                  DISMISS AMENDED COMPLAINT**

14     PRESTON PIPELINES INC., et al.,            Re: ECF No. 42

15              Defendants.

16

17        The court previously dismissed Mr. Critchfield's complaint with leave to amend because he

18     did not properly serve the defendants under Federal Rule of Civil Procedure 4 and he did not

19     plausibly state a claim for employment discrimination.[1] The court extended Mr. Critchfield until

20     September 24, 2020, to file an amended complaint when he missed the initial deadline to amend

21     by August 27, 2020. The court warned that the failure to file an amended complaint may result in a

22     dismissal of the case.[2]

23

24

25

26

27     [1] Order – ECF No. 28. Citations refer to material in the Electronic Case File ("ECF"); pinpoint
       citations are to the ECF-generated page numbers at the top of documents.

28     [2] Order – ECF No. 36.

ORDER – No. 20-cv-02981-LB

United States District Court
Northern District of California

1    Mr. Critchfield filed an amended complaint on September 17, 2020.[3] The defendants moved to

2    dismiss because the amended complaint is improper and did not cure the previously identified

3    deficiencies.[4] The court agrees.

4    The amended complaint alleges only that Mr. Critchfield believes he "ha[s] complied with the

5    court orders."[5] It also attaches a certificate of service showing that Mr. Critchfield served the

6    defendants by mail.[6] For the reasons stated in the court's previous order, this method of service is

7    improper.[7] In any event, the amended complaint contains no claims or factual allegations in

8    support of any claim. This fails the pleadings standard for relief. Fed. R. Civ. P. 8(a)(2) (a

9    complaint must contain a "short and plaint statement of the claim showing that the pleader is

10   entitled to relief"); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (a complaint must give

11   the defendant "fair notice" of what the claims are and the grounds upon which they rest) (cleaned

12   up).

13   Accordingly, the court grants the defendants' motion to dismiss. Given Mr. Critchfield's prior

14   opportunities to amend and failure to cure the identified deficiencies in his complaint, the court

15   dismisses the amended complaint without leave to amend. *Cf. Salameh v. Tarsadia Hotel*, 726

16   F.3d 1124, 1133 (9th Cir. 2013) (affirming denial of leave to amend where "plaintiffs have had

17   ample opportunity to properly plead a case and have failed to do so").

18

19   **IT IS SO ORDERED.**

20   Dated: October 23, 2020

21
                                            _____
22                                          LAUREL BEELER
                                            United States Magistrate Judge
23

24   [3] Am. Compl. – ECF No. 37.

25   [4] Mot. – ECF No. 42.

     [5] Am. Compl. –ECF No. 37 at 2.
26
     [6] *Id*. at 8. The certificate of service states that Mr. Critchfield served a "reply brief in support of
27   motion" to the defendants. This appears to be an error due to the fact that Mr. Critchfield wrote his
     amended complaint on the standard court form for reply briefs.

28   [7] Order – ECF No. 28 at 4–5.

ORDER – No. 20-cv-02981-LB                         2

*United States District Court*
*Northern District of California*